[Cite as *State v. Dluhos*, 2024-Ohio-4752.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## PORTAGE COUNTY

| | |
|---|---|
| STATE OF OHIO,<br><br>Plaintiff-Appellee,<br><br>- vs -<br><br>FAITH B. DLUHOS a.k.a.<br>FAITH B. DLUHUS,<br><br>Defendant-Appellant. | CASE NOS. 2024-P-0054<br>2024-P-0055<br>2024-P-0056<br><br>Criminal Appeals from the<br>Court of Common Pleas<br><br>Trial Court Nos. 2022 CR 01040<br>2022 CR 01428<br>2022 CR 00070 |

**M E M O R A N D U M**
**O P I N I O N**

Decided: September 30, 2024
Judgment: Appeals dismissed

*Victor V. Vigluicci*, Portage County Prosecutor, 241 South Chestnut Street, Ravenna, OH 44266 (For Plaintiff-Appellee).

*Eric R. Fink*, 11 River Street, Kent, OH 44240 (For Defendant-Appellant).

JOHN J. EKLUND, J.

{¶1} On August 22, 2024, appellant, Faith B. Dluhos a.k.a. Faith B. Dluhus, through counsel, filed notices of appeal from the trial court's July 22, 2024 entry granting appellee, the State of Ohio's, motion to revoke and modify sanctions. Timely notices were due no later than August 21, 2024, which was not a holiday or weekend. The appeals are untimely by one day.

{¶2} "[A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶3} App.R. 5(A)(1) states:

{¶4} "After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶5} "(a) Criminal proceedings . . ."

{¶6} App.R. 5(A)(2) further provides that "[a] motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right."

{¶7} Appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A). Thus, this court is without jurisdiction to consider her appeals. Appellant has a remedy of filing an untimely criminal appeal under App.R. 5(A).

{¶8} Accordingly, these appeals are hereby dismissed, sua sponte, as untimely.

EUGENE A. LUCCI, P.J.,

ROBERT J. PATTON, J.,

concur.

2

Case No. 2024-P-0054, 2024-P-0055, 2024-P-0056